IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JIMMY D. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 318-007 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

Plaintiff filed the above-captioned complaint *pro se* on January 30, 2018, challenging the denial of his application for benefits. (Doc. no. 1.) On February 13, 2018, the Court granted Plaintiff's motion to proceed *in forma pauperis*, but directed him to submit an amended complaint within fourteen days substituting the correct defendant and detailing when he has previously applied for and been denied benefits and for what type of benefits he applied. (Doc. no. 6.)

On February 23, 2018, Plaintiff submitted an amended complaint naming the Commissioner of the Social Security Administration as Defendant and detailing when he applied for benefits and what type. (Doc. no. 7.) Given the new information in his amended complaint, it appears he has met the prerequisites for review of his claim.

Accordingly, as Plaintiff is proceeding *pro se* in this social security case, the Court **HEREBY INSTRUCTS** the Clerk of Court to prepare an appropriate summons for Defendant Berryhill and to deliver a copy of the summons, the amended complaint, and this Order by certified mail to: (1) the civil process clerk at the office of the United States Attorney for the Southern District of Georgia; (2) the Attorney General of the United States, Washington, D.C.; and (3) Nancy A. Berryhill, the Acting Commissioner of the Social Security Administration. Fed. R. Civ. P. 4(i)(1) - (2).

Plaintiff also requests the Court appoint him counsel. (Doc. no. 7-1, p. 2.) However, "[a]ppointment of counsel in a civil case is not a constitutional right [and is] justified only by exceptional circumstances." Wahl v. McIver, 773 F.2d 1169, 1174 (11th Cir. 1985) (citation omitted). Plaintiff gives no reason why he should be appointed counsel, and his filings show that his circumstances have not prevented him from "presenting the essential merits of his . . . position," which is the key consideration in determining whether the appointment of counsel is justified. Kilgo v. Ricks, 983 F.2d 189, 193 (11th Cir. 1993). Accordingly, the Court **DENIES** Plaintiff's request to appoint counsel.

SO ORDERED this 2nd day of March, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA