IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JIMMY D. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-007 |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff has filed an affidavit seeking default judgment pursuant to Federal Rule of Civil Procedure 55 because Defendant failed to answer his complaint within sixty days of service of summons. (Doc. no. 14.) However, pursuant to Local Rule 12.1, defendants in Social Security actions typically have one hundred days to respond to a complaint, despite any indication on the summons to the contrary. Thus, Defendant's answer is not due until June 13, 2018, and Plaintiff is not entitled to default. (See doc. nos. 11-13.)

SO ORDERED this 16th day of May, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA