IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JIMMY D. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 318-007 |
| | ) |
| NANCY A. BERRYHILL, Deputy | ) |
| Commissioner for Operations of the Social | ) |
| Security Administration, Performing the | ) |
| Duties and Functions Not Reserved to the | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

_____

**O R D E R**
_____

Plaintiff filed the above-captioned social security appeal *pro se* on January 30, 2018, and was granted permission to proceed *in forma pauperis*. (Doc. nos. 1, 2, 5, 6.) Thereafter, the Deputy Commissioner filed her answer and submitted the transcript of the administrative proceedings. (Doc. nos. 16-17.) On June 13, 2018, the Court issued a Briefing Order in which Plaintiff was directed to "serve and file a brief setting forth all errors which Plaintiff contends entitle him to relief" within 30 days. (Doc. no. 18, p. 1.) When Plaintiff failed to file his brief by the stated deadline, the Court entered an Order on July 17, 2018, directing Plaintiff to show cause within 14 days why his case should not be dismissed for failure to prosecute. (Doc. no. 19.)

After entry of that show cause order, Plaintiff filed his brief in support of his appeal

(doc. no. 21), but did not otherwise offer any response to the Court's July 17th Order in the form of an explanation of cause for the tardiness. Although the Court does not condone the late filing of Plaintiff's brief, upon consideration, the Court accepts Plaintiff's brief, and this case shall proceed. The Deputy Commissioner shall have <u>forty-five days from the date of this Order</u> to file her brief in accordance with the Court's June 13th Briefing Order.

SO ORDERED this 20th day of July, 2018, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA