# United States District Court
## Southern District of Georgia

JIMMY D. JOHNSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 318-007

NANCY A. BERRYHILL, Deputy Commissioner for Operations of the Social Security Administration, Performing the Duties and Functions Not Reserved to the Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 21, 2019 adopting the Magistrate Judge's Report and Recommendation as the court's opinion, that the Commissioner's final decision is affirmed; therefore, judgment is hereby entered in favor of the Commissioner. This case stands closed.



06/21/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*